IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| CATHERINE DALE JABLONOWSKI and MARNIE FREUND BEAMESDERFER, Plaintiffs, | § § § § § § § § § § § | Case No. P-13-CV-28 |
| vs. | | |
| EFREN HERRERA, A & A LOGISTICS, INC., and AMERIMEX PROPERTIES, INC., Defendants. | | |

## AGREED ORDER ON PLAINTIFFS' MOTION TO REMAND

After considering Plaintiffs' motion to remand, the response, and the notice of removal, the Court concludes that the case should be remanded under 28 U.S.C. § 1441(b)(2) because each of the Defendants is a Texas resident and citizen. The Court therefore grants Plaintiffs' motion and REMANDS this case to the 143rd Judicial District Court of Reeves County, Texas.

SIGNED on July 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____
BILL WEINACHT, Attorney for Plaintiffs

MICHAEL B. McKINNEY, Attorney
for Defendants